**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Rolando GARCIA–SANCHEZ,**
**Defendant–Appellant.**

No. 08–11101

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Nancy E. Larson, Assistant U.S. Attorney, Shawn Lee Smith, U.S. Attorney's

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Office, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, William Ernest Hermesmeyer, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rolando Garcia–Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia–Sanchez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.